IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Scro, Michael S | Case Number: 05 B 04088 |
| | Judge: Squires, John H |
| Printed: 5/13/08 | Filed: 2/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 9, 2008
Confirmed: March 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,488.00 | |
| Secured: | | 204.27 |
| Unsecured: | | 10,147.58 |
| Priority: | | 0.00 |
| Administrative: | | 2,426.00 |
| Trustee Fee: | | 710.15 |
| Other Funds: | | 0.00 |
| Totals: | 13,488.00 | 13,488.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,426.00 | 2,426.00 |
| 2. | United Audio Centers | Secured | 204.27 | 204.27 |
| 3. | Discover Financial Services | Unsecured | 1,449.28 | 1,767.34 |
| 4. | ECast Settlement Corp | Unsecured | 3,815.89 | 4,653.24 |
| 5. | Resurgent Capital Services | Unsecured | 515.09 | 628.13 |
| 6. | Alliant Credit Union | Unsecured | 1,853.71 | 2,260.50 |
| 7. | Resurgent Capital Services | Unsecured | 378.69 | 461.81 |
| 8. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 9. | Specialized Management Consultants | Unsecured | 308.80 | 376.56 |
| 10. | Granville Towers Condo Assn | Secured | | No Claim Filed |
| 11. | Collection Corporation | Unsecured | | No Claim Filed |
| 12. | Fidelity Financial Services | Unsecured | | No Claim Filed |
| 13. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| 14. | National Enterprise System | Unsecured | | No Claim Filed |
| 15. | Sentry Credit Inc | Unsecured | | No Claim Filed |
| 16. | Schreiber & Associates | Unsecured | | No Claim Filed |
| 17. | Trauner, Cohen & Thomas LLP | Unsecured | | No Claim Filed |
| | | | $ 10,951.73 | $ 12,777.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 15.38 |
| 3% | 10.40 |
| 5.5% | 39.28 |
| 5% | 11.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Scro, Michael S

Printed: 5/13/08

Case Number:  05 B 04088
Judge:  Squires, John H
Filed:  2/8/05

|       |        |
|-------|--------|
| 4.8%  | 22.53  |
| 5.4%  | 610.71 |
|       | _____ |
|       | $ 710.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____